**EXHIBIT A**

| Payments to Engelhart Family Members (X-9115) | | | |
|---|---|---|---|
| Date | CK# | Amount | To |
| 7/2/15 | 3586 | $ 600.00 | Joe Engelhart |
| 7/17/15 | 3606 | $ 150.00 | Joe Engelhart |
| 7/31/15 | 3616 | $ 300.00 | Joe Engelhart |
| 7/13/15 | 3684 | $ 150.00 | Joe Engelhart |
| 9/8/15 | 3714 | $ 350.00 | Joe Engelhart |
| 9/21/15 | 3731 | $ 500.00 | Joe Engelhart |
| 12/7/15 | 3837 | $ 195.00 | Joe Engelhart |
| 12/28/15 | 3857 | $ 225.00 | Joe Engelhart |
| 1/7/16 | 3872 | $ 400.00 | Joe Engelhart |
| 1/19/16 | 3882 | $ 400.00 | Joe Engelhart |
| 2/22/16 | 3804 | $ 300.00 | Joe Engelhart |
| 2/1/16 | 3897 | $ 100.00 | Joe Engelhart |
| 2/8/16 | 3889 | $ 240.00 | Joe Engelhart |
| 4/1/16 | 3814 | $ 220.00 | Joe Engelhart |
| 4/15/16 | 3826 | $ 100.00 | Joe Engelhart |
| 4/22/16 | 3926 | $ 150.00 | Joe Engelhart |
| 4/22/16 | 3927 | $ 100.00 | Joe Engelhart |
| 4/29/16 | 3935 | $ 150.00 | Joe Engelhart |
| 5/11/16 | 3938 | $ 180.00 | Joe Engelhart |
| 5/23/16 | 3959 | $ 180.00 | Joe Engelhart |
| 5/31/16 | 3961 | $ 220.00 | Joe Engelhart |
| 6/3/16 | 4032 | $ 200.00 | Joe Engelhart |
| 7/15/16 | 3974 | $ 300.00 | Joe Engelhart |
| 7/5/16 | 4053 | $ 180.00 | Joe Engelhart |
| 7/11/16 | 4054 | $ 300.00 | Joe Engelhart |
| | | $ 6,190.00 | |