# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:    ENGELHART, FREDDI M.    §    Case No. 16-33692
        ENGELHART, DIANNE L.    §
                                              §

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL S. DIETZ, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

| U.S. Bankruptcy Court | U.S. Bankruptcy Court | U.S. Bankruptcy Court |
|---|---|---|
| 300 S. Fourth Street #301 | 200 Warren E. Burger Federal Bldg | 404 U.S. Courthouse |
| Minneapolis, MN 55415 | 316 N. Robert Street | 515 W. First Street |
|  | St. Paul, MN 55101 | Duluth MN 55802 |

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 7/29/2019    By:    Heidi G. Brady
                                                              Legal Assistant

MICHAEL S. DIETZ, TRUSTEE
30 3rd Street SE, Suite 400
ROCHESTER, MN 55904
(507) 288-9111

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**St. Paul DIVISION**

In re: ENGELHART, FREDDIE M. § Case No. 16-33692
ENGELHART, DIANNE L. §
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 400,000.00 |
| *and approved disbursements of:* | $ | 118,301.77 |
| *leaving a balance on hand of[1] :* | $ | 281,698.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | LVNV Funding LLC, C/O Resurgent Capital Services | 12,003.43 | 12,003.43 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 281,698.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael Dietz | 23,250.00 | 0.00 | 23,250.00 |
| Trustee, Expenses - Michael Dietz | 67.86 | 0.00 | 67.86 |
| Attorney for Trustee Fees - DUNLAP & SEEGER, P.A. | 116,825.50 | 116,825.50 | 0.00 |
| Attorney for Trustee Fees - DUNLAP & SEEGER, P.A. | 2,626.00 | 0.00 | 2,626.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 25,943.86 |
| Remaining balance: | $ | 255,754.37 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 255,754.37 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,897.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P-2 | Internal Revenue Service | 10,429.00 | 0.00 | 10,429.00 |
| 8 | State of Minnesota Dept of Revenue | 5,468.42 | 0.00 | 5,468.42 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 15,897.42 |
| Remaining balance: | $ | 239,856.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,418,689.10 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | United States of AmericaUS Attorneys Office Attn: Brandon Berger | 459,550.00 | 0.00 | 45,572.73 |
| 2 | Credit Bureau Data Inc | 154.00 | 0.00 | 15.27 |
| 4 | Midland Credit Management, Inc. as agent for Asset Acceptance LLC | 26,180.71 | 0.00 | 2,596.29 |
| 5U-2 | Internal Revenue Service | 3,935.24 | 0.00 | 390.25 |
| 6 | Capital One Bank (USA), N.A. | 3,869.15 | 0.00 | 383.70 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | William J. Wiemann | 1,925,000.00 | 0.00 | 190,898.71 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 239,856.95 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared by: /s/ Michael S. Dietz
                                    Trustee

Michael Dietz
30 3rd Street SE Suite 400
Rochester, MN 55904
(507) 288-9111

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  FREDDIE M ENGELHART<br>DIANNE L ENGELHART | CASE NO: 16-33692<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 7/29/2019, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2019

/s/ Michael S. Dietz
Michael S. Dietz  188517
Dunlap & Seeger, P.A.
30 Third Street SE, Suite 400
Rochester, MN  55904
507 288 9111

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  FREDDIE M ENGELHART<br>DIANNE L ENGELHART | CASE NO: 16-33692<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 7/29/2019, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael S. Dietz
Dunlap & Seeger, P.A.
30 Third Street SE, Suite 400
Rochester, MN  55904

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08643<br>CASE 16-33692<br>DISTRICT OF MINNESOTA<br>ST PAUL<br>MON JUL 29 10-17-57 CDT 2019 | RUSHFORD STATE BANK<br>219 S MILL ST<br>BOX 648<br>RUSHFORD MN 55971-8823 | TONY MONTGOMERY REALTY  AUCTION COMPANY<br>602 2ND ST NW<br>PLAINVIEW MN 55964 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>UNITED STATES ATTORNEYS OFFICE<br>600 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-3070 | ~~EXCLUDE~~<br>~~ST PAUL~~<br>~~200 WARREN E BURGER FEDERAL BUILDING AND~~<br>~~US COURTHOUSE~~<br>~~316 N ROBERT ST~~<br>~~ST PAUL MN 55101-1465~~ | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN MI 48090-2036 |
| CABO HOLDINGS LLC<br>S25W29272 CAMBRIAN RIDGE<br>WAUKESHA WI 53188-9506 | CAPITAL ONE BANK<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE BANK NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CREDIT BUREAU DATA INC<br>115 6TH ST N<br>LA CROSSE WI 54601-3366 | CREDIT BUREAU DATA INC<br>518 STATE ST<br>LA CROSSE WI 54601-3326 |
| GURSTEL CHARGO<br>6681 COUNTRY CLUB DR<br>MINNEAPOLIS MN 55427-4601 | GURSTEL CHARGO PA<br>6681 COUNTRY CLUB DR<br>MINNEAPOLIS MN 55427-4601 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV FUNDING LLC<br>CO RESURGENT CAPITAL SVCS<br>PO BOX 10675<br>GREENVILLE SC 29603-0675 | LVNV FUNDINGS LLC<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | LINDSAY WATSON CREMONA ET AL<br>14985 60TH ST N<br>STILLWATER MN 55082-6696 |
| MESSERLI  KRAMER PA<br>3033 CAMPUS DR STE 250<br>MINNEAPOLIS MN 55441-2662 | MIDLAND CREDIT MGMT INC AGENT FOR ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN MI 48090-2036 | STATE OF MINNESOTA<br>DEPT OF REVENUE<br>PO BOX 64447 BKY<br>ST PAUL MN 55164-0447 |
| TERRANCE J WAGENER<br>MESSERLI  KRAMER PA<br>100 SOUTH FIFTH STREET SUITE 1400<br>MINNEAPOLIS MN 55402-1217 | US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | US OF AMERICA<br>US ATTORNEYS OFFICE<br>ATTN- BRANDON BERGER<br>600 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 |
| UNITED STATES DISTRICT COURT<br>316 N ROBERT ST<br>ST PAUL MN 55101-1569 | WILLIAM J WIEMANN<br>CO GARTH G GAVENDA<br>14985 60TH ST N<br>STILLWATER MN 55082-6696 | DIANNE L ENGELHART<br>21609 STATE 16<br>RUSHFORD MN 55971 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ELECTRONIC" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DEBTOR
FREDDIE M ENGELHART
21609 STATE 16
RUSHFORD MN 55971

MICHAEL S DIETZ
DUNLAP  SEEGER PA
30 3RD STREET SE SUITE 400
ROCHESTER MN 55904-3815